IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Myron Taylor,<br>　　　　　　Plaintiff,<br>　vs.<br>Andrew Saul,[1] Acting Commissioner<br>of Social Security,<br>　　　　　　Defendant. | Civil Action No. 0:17-cv-3419-CMC<br><br>**ORDER** |

Upon consideration of the Stipulation filed by the parties on July 2 2019, it is hereby

ORDERED that Plaintiff, Myron Taylor, is awarded attorney fees under the EAJA in the amount of Four Thousand Two Hundred Fifty-Six Dollars and Thirty-Eight Cents ($4,256.38). These attorney fees and expenses will be paid directly to Plaintiff, Myron Taylor, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　s/Cameron McGowan Currie
　　　　　　　　　　　　　　　　　　　　CAMERON MCGOWAN CURRIE
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina
July 2, 2019

---

[1] As noted by Defendant, Andrew Saul is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).